5

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEO JOSEPH RUDOLPH,

    Defendant.

Case: 2:07-cr-20323
Assigned To: Friedman, Bernard A
Referral Judge: Komives, Paul J
Filed: 06-26-2007 At 03:41 PM
INDI USA V LEO JOSEPH RUDOLPH (DA)

VIOLATIONS:
18 U.S.C. § 2251(a),
Sexual Exploitation of Children;
18 U.S.C. § 2252A(a)(1),
Distribution of Child Pornography;
18 U.S.C. § 2252A(a)(2),
Receipt of Child Pornography;
18 U.S.C. § 2252A(a)(5),
Possession of Child Pornography;

### INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
*(Sexual Exploitation of Children--18 U.S.C. §2251(a))*

On or about January 2007 - May 2007, in the Eastern District of Michigan, Southern Division, defendant LEO RUDOLPH did knowingly employ, use, persuade, induce, entice, and coerce a minor, V-1 age 9 years old, to engage in sexually explicit conduct as defined in Title 18 § 2256(B)(i), specifically, acts of oral, vaginal and anal sex involving both humans and animals, for the purpose of producing visual depictions of such conduct, to wit: photographs and videos, knowing or having reason to know that such visual depictions would be transported in interstate or foreign commerce or mailed by any means, including by computer; and such visual depiction having been produced using materials that have been mailed, shipped, and transported in interstate or foreign commerce; and such visual depictions having actually been transported in

interstate or foreign commerce or mailed, all in violation of Title 18, United States Code, Section 2251(a).

## COUNT TWO

### (Transportation/Shipment of Child Pornography
### Title 18 U.S.C. Section 2252A(a)(1))

From on or about April 2007 through June 2007 within the Eastern District of Michigan and elsewhere, LEO RUDOLPH, the defendant herein, knowingly transported and caused to be shipped in interstate commerce, child pornography, as defined in Title 18 United States Code, Section 2256(8)(A), that is, digital images containing visual depictions, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18 United States Code, 2256(2)(B)(i), all in violation of Title 18, United States Code, Section 2252(A)(1).

## COUNT THREE

### (Receipt of Child Pornography
### Title 18 U.S.C. Section 2252A(a)(2))

From on or about January 2007 until June 2007, within the Eastern District of Michigan and elsewhere, LEO RUDOLPH, the defendant herein, knowingly received in interstate commerce, child pornography, as defined in Title 18 United States Code, Section 2256(8)(A), that is, digital images containing visual depictions and digital images and movies, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18 United States Code, 2256(2)(B)(i) , all in violation of Title 18, United States Code, §2252(A)(a)(2).

## COUNT FOUR

### (Possession of Child Pornography
### Title 18 U.S.C. Section 2252A(a)(5)(B))

On or about June 15, 2007, in the Eastern District of Michigan, LEO RUDOLPH,

defendant herein, did knowingly possess one or more items, to wit, a computer and computer

media containing still and video digital images that depict child pornography, that is, containing

visual depictions that had been mailed, shipped and transported in interstate and foreign

commerce, by any means including by computer, and which were produced using materials

which had been mailed, shipped, or transported in interstate and foreign commerce, the

production of which images involved the use of minors engaging in sexually explicit conduct, as

defined in Title 18, United States Code, Section 2256(2)(B)(i), and which visual depictions were

of such conduct, all in violation of 18 United States Code Section 2252(a)(5)(B).

## FORFEITURE ALLEGATION

### (Child Pornography)

1.      The allegations of this indictment are re-alleged as if fully set forth here, for the

purpose of alleging forfeiture, pursuant to Title 18, United States Code, Section 2253.

2.      If convicted of the offenses in Count One through Four, as set forth above, LEO

RUDOLPH, the defendant herein, shall forfeit to the United States any and all materials and

property used and intended to be used in the production, distribution, receipt, possession, and

shipment of visual depictions of minors engaging in sexually explicit conduct, and any and all

property, real or personal, constituting or traceable to gross profits or other proceeds obtained

from the offense.  Such property includes the following specific items in the possession of LEO

RUDOLPH on or about June 15, 2007: a desktop computer, a laptop computer, digital camera,

assorted digital/computer storage devices, a 2002 Ford F-350 Super-duty pickup truck, and the residence and real property located at 21345 31 Mile Rd., Ray Twp. Michigan.

THIS IS A TRUE BILL.

__s/ Grand Jury Foreperson____.    ____

STEPHEN J. MURPHY
United States Attorney

s/Jennifer M. Gorland
JENNIFER M. GORLAND
Chief, General Crimes Unit

s/ John N. O'Brien II
JOHN N. O'BRIEN II
Assistant U.S. Attorney
Deputy Chief, General Crimes Unit
211 W. Fort Street, Suite 2001
Detroit, MI 48226
313-226-9715
John.OBrien@usdoj.gov

s/Jeanine M. Jones
JEANINE M. JONES
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
313-226-9597
Jeanine.M.Jones@usdoj.gov

Dated: June 26, 2007

| | | |
|---|---|---|
| **United States District Court**<br>**Eastern District of Michigan** | **Criminal Case Cover** | Case: 2:07-cr-20323<br>Assigned To: Friedman, Bernard A<br>Referral Judge: Komives, Paul J<br>Filed: 06-26-2007 At 03:41 PM<br>INDI USA V LEO JOSEPH RUDOLPH (DA) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes      XX ☐ No | **AUSA's Initials:**      JMJ |

**Case Title:**      USA v. LEO JOSEPH RUDOLPH

**County where offense occurred :** _____ Macomb County _____

**Check One:**      ☒ **Felony**          ☐ **Misdemeanor**          ☐ **Petty**

____ Indictment/____Information --- **no** prior complaint.
__XX__ **Indictment/**__Information --- based upon prior complaint [Case number:  07-30302 ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information:

**Superseding to Case No:** _____      **Judge:** _____

☐      Original case was terminated; no additional charges or defendants.
☐      Corrects errors; no additional charges or defendants.
☐      Involves, for plea purposes, different charges or adds counts.
☐      Embraces same subject matter but adds the additional defendants or charges below:

**Defendant name**                    **Charges**

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

June 26, 2007
Date

Jeanine M. Jones
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone:  (313) 226-9597
Fax: (313) 226-2372
E-Mail address: jeanine.m.jones@usdoj.gov
Attorney Bar #: P 55429

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5/20/04